1392-15                                          , Clerk

Court of Criminal Appeals
P.O. Box 12308
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

Dear Clerk:

Enclosed please Find my pro se Defendant's Motion For Extension of Time To File Petition For Discretionary Review. Please File this motion and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my motion.

sincerly,
Lawrence Peña

Lawrence Peña TDCJ#01982646
Defendant, Pro se
PAM LYCHNER UNIT
2350 ATASCOCITA RD.
HUMBLE, TX. 77396